MARK CHRISTIANS #35285
_____
Name and Prisoner/Booking Number

JAMESON ANNEX - SDSP
_____
Place of Confinement

PO BOX 5911
_____
Mailing Address

SIOUX FALLS, SD 57117
_____
City, State, Zip Code

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

MARK ANTHONY CHRISTIANS,
_____
(Full Name of Plaintiff)

Case No. 22-cv-4072
_____
(To be supplied by the Clerk)

Plaintiff,

vs.

NANCY CHRISTENSEN, LAURIE STRATMAN,
DARIN YOUNG, JESSICA COOK, DEREK EKEREN,
                    ANGELA
JENNIFER DRIESKE, PECHOUS, GENIE BIRCH,
GREASMAN, BARNETCHE, MARTAMA, WINTERS,
_____
(Full Name of Each Defendant)
MULLINS, HULSCHER, DAWN ALUMBAUGH, LIEUTENANTS BECKER, LT. HETTIG,
FORMER LT. PERRET,  Defendants. BETH , SUMMIT FOOD SERVICE, SETH HUGHES
CATHY WYNIA

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   c. ☐ Other: (Please specify.) _____

2. Name of Plaintiff: MARK CHRISTIANS
   Present mailing address: SDSP-JAMESON ANNEX PO BOX 5911 SIOUX FALLS SD 57117
   **(Failure to notify the Court of any change of address may result in dismissal of this action.)**

   Institution/city where violation occurred: SOUTH DAKOTA STATE PENITENTIARY
   JAMESON ANNEX - SIOUX FALLS
   MIKE DURFEES STATE PRISON - SPRINGFIELD

3. Name of first Defendant: NANCY CHRISTENSEN . The first Defendant is employed as: RETIRED UNIT MANAGER at MIKE DURFEE STATE PRISON .
   (Position and Title)                              (Institution)
   This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: EMPLOYEE OF STATE

4. Name of second Defendant: LAURIE STRATMAN . The second Defendant is employed as: UNIT COORDINATOR at MIKE DURFEE STATE PRISON .
   (Position and Title)                              (Institution)
   This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: EMPLOYEE OF STATE

5. Name of third Defendant: DARIN YOUNG . The third Defendant is employed as: TERMINATED WARDEN at SDSP .
   (Position and Title)                              (Institution)
   This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: EMPLOYEE OF STATE

6. Name of fourth Defendant: JESSICA COOK . The fourth Defendant is employed as: ASSOCIATED WARDEN at SDSP .
   (Position and Title)                              (Institution)
   This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: EMPLOYEE OF STATE

**(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)**

## B. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If your answer is "yes," how many lawsuits have you filed? ONE . Describe the previous lawsuits in the spaces provided below.

3. First prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: ~~PLEASE HELP ME~~ MARK CHRISTIANS

DEREK EKEREN – UNIT MANAGER AT JAMESON – INDIVIDUAL AND OFFICIAL – STATE EMPLOYEE

JENNIFER DRIESKE – TERMINATED DEPUTY WARDEN AT SDSD – INDIVIDUAL AND OFFICIAL – STATE EMPLOYEE

ANGELA PECHOUS – UNIT COORDINATOR AT JAMESON – INDIVIDUAL AND OFFICIAL – STATE EMPLOYEE

SETH HUGHES – UNIT MANAGER AT JAMESON – INDIVIDUAL AND OFFICIAL – STATE EMPLOYEE

GENIE BIRCH – UNIT CASE MANAGER AT JAMESON – INDIVIDUAL AND OFFICIAL – STATE EMPLOYEE

GREASEMAN – CO AT JAMESON – INDIVIDUAL AND OFFICIAL STATE EMPLOYEE

BARNETCHE – CO AT JAMESON – INDIVIDUAL AND OFFICIAL – STATE EMPLOYEE

MARTAMA – CO AT JAMESON – INDIVIDUAL AND OFFICIAL STATE EMPLOYEE

WINTERS – CO AT JAMESON – INDIVIDUAL AND OFFICIAL – STATE EMPLOYEE

MULLINS – CO AT JAMESON – INDIVIDUAL AND OFFICIAL STATE EMPLOYEE

HULSCHER & CO AT JAMESON – INDIVIDUAL AND OFFICIAL STATE EMPLOYEE

DAWN ALUMBAUGH - CO AT JAMESON - INDIVIDUAL AND OFFICIAL - STATE EMPLOYEE

LIEUTENANT BECKER - LT. AT JAMESON - INDIVIDUAL AND OFFICIAL - STATE EMPLOYEE

LIEUTENANT HETTIG - LT. AT JAMESON - INDIVIDUAL AND OFFICIAL - STATE EMPLOYEE

FORMER LT. PERRET - LT. AT JAMESON - INDIVIDUAL AND OFFICIAL STATE EMPLOYEE

BETH - SUMMIT SUPERVISOR AT JAMESON - INDIVIDUAL AND OFFICIAL - STATE CONTRACTOR EMPLOYEE

SUMMIT FOOD SERVICE - FOOD PROVIDER AT JAMESON - INDIVIDUAL AND OFFICIAL - STATE CONTRACTOR

CATHY WYNIA - SPECIAL SECURITY AT SDSP - INDIVIDUAL AND OFFICIAL - STATE EMPLOYEE

Defendants: DARRIN YOUNG, ET AL,

b. Court: (If federal court, identify the district; if state court, identify the county.) _____
   SOUTHERN DISTRICT OF SOUTH DAKOTA
c. Case or docket number: 4:20-CV-04083-LLP
d. Claims raised: FIRST AND EIGTH AMENDMENT
   _____

e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?
   STILL PENDING
f. Approximate date lawsuit was filed: NOV. 3, 2020
g. Approximate date of disposition: STILL PENDING

4. Second prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _____
      Defendants: _____

   b. Court: (If federal court, identify the district; if state court, identify the county.) _____

   c. Case or docket number: _____
   d. Claims raised: _____
      _____

   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?

   f. Approximate date lawsuit was filed: _____
   g. Approximate date of disposition: _____

5. Third prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _____
      Defendants: _____

   b. Court: (If federal court, identify the district; if state court, identify the county.) _____

   c. Case or docket number: _____
   d. Claims raised: _____
      _____

   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?

   f. Approximate date lawsuit was filed: _____
   g. Approximate date of disposition: _____

(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   FIRST AND FOURTEENTH AMENDMENTS
   EIGHTH AMENDMENT

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   ☐ Medical care   ☐ Access to the court   ☐ Mail
   ☐ Disciplinary proceedings   ☒ Retaliation   ☐ Exercise of religion   ☐ Property
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   NANCY CHRISTENSEN TOLD ME SHE WOULD KILL ME IF I FILED ANYMORE FOOD GRIEVANCES BECAUSE I WAS MAKING HER LIFE DIFFICULT AND IT WOULD BE EASIER TO GET RID OF ME. WHEN I ASKED HER HOW SHE WOULD KILL ME SHE SAID SHE WOULD PUT POISON IN MY COFFEE OR POWDERED MILK AND THAT SHE KNEW WHERE I KEEP THEM IN MY ROOM. LAURIE STRATMAN SAID SHE WOULD FIND A WAY TO GET RID OF ME IF I DIDN'T STOP FILING GRIEVANCES ON THE FOOD. WHEN CHARGED WITH AN H-7 DISCIPLINARY REPORT BOTH DARIN YOUNG AND JESSICA COOK TOLD ME I WAS CHARGED BECAUSE I WAS FILING TOO MANY GRIEVANCES ON THE FOOD AND I HAD TO BE INVOLVED. DEREK EKEREN SAID HE THREW AWAY MY JOB APPLICATION BECAUSE I FILED A GRIEVANCE ON HIM AND SAID HE WOULD MAKE SURE I DIDN'T GET A JOB AT D.F. AFTER FILING GRIEVANCES EKEREN BEGAN TO CHOKE ME IN HIS OFFICE WITH BOTH HANDS AROUND MY THROAT.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   I WAS PREVENTED FROM EARNING A MINIMUM WAGE JOB MAKING $15.00 AN HOUR OR MORE AND WAS ASSAULTED TO THE POINT I LOST CONCIOUSNESS.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not.   I WAS THREATENED WITH MANY FORMS OF VIOLENCE AND RETALIATION AND WAS SCARED FOR MY LIFE. I DID FILE GRIEVANCES ON THE H-7 WRITE UP.

COUNT 1

WHEN I LOST CONCIOUSNESS AND CAME TO EKEREN SAID NEXT
TIME HE WOULD KILL ME IF I FILED ANOTHER GRIEVANCE.
JESSICA COOK SAID SHE WOULD MAKE SURE I NEVER GOT
A JOB AT P.I. BECAUSE I FILED TOO MANY GRIEVANCES
JENNIFER DRIESKE SAID SHE WOULD MAKE SURE I GOT TRANSFERRED
TO AN OUT OF STATE PRISON WHERE INMATES GET STABBED.
DARIN YOUNG TOLD ME HE WOULD TRANSFER ME TO A PRISON
WHERE I WOULD BE KILLED OVER FOOD. SETH HUGHES ALSO
SAID I WOULD BE TRANSFERRED TO A MUCH MORE DANGEROUS
PRISON IF I DIDN'T STOP MY FOOD PROTESTS! CATHY WAMM
WROTE THE REPORT ON CHRISMANS WITH NO EVIDENCE OTHER THAN
WHEN SHE QUESTIONED CHRISMANS ABOUT HIS FOOD GRIEVANCES
AND LAWSUIT ABOUT FOOD.
NANCY CHRISTENSEN ALSO WROTE ME UP FOR ASSULT WHICH WAS
FABRICATED. I WAS NOT GIVEN A FAIR, IMPARTIAL HEARING,
ON THE H-7 I WAS WRITTEN UP FOR FOR FILING GRIEVANCES
I PLEAD NOT GUILTY AND ASKED FOR A DHO HEARING BUT WAS
NOT GRANTED ONE. DITMINSON TOLD ME THE WRITE-UP WOULD
BE DISMISSED AND LET ME OUT OF THE SHU. I LATER FOUND
OUT THEY CLASSIFIED ME AS GUILTY EVEN THO I ASKED FOR
A DHO HEARING. I FILED GRIEVANCES ON THIS.

## COUNT II

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   EIGHTH AMENDMENT.
   _____

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated
   in a different count)   ☐ Medical care   ☐ Access to the court   ☐ Mail
   ☐ Disciplinary proceedings   ☐ Retaliation   ☐ Exercise of religion   ☐ Property
   ☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: NUTRITION

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe
   exactly what each Defendant did or did not do to violate your rights. State the facts clearly in
   your own words without citing legal authority or arguments).
   I LOST 21 POUNDS IN 14 DAYS WHEN HELD IN THE SHU
   BECAUSE I WAS NOT BEING BROUGHT COMPLETE MEALS BY
   STAFF I COMPLAINED TO GRIESMAN, PECHOUS, GENIE BERGH,
   BARNETCHE, MARJAMA, WINTERS, MULLINS, HUUSCHER AND
   SEVERAL LIEUTENANTS AND SENT KITES TO THE SUMMIT
   KITCHEN SUPERVISOR ABOUT INAPPROPRIATE MEALS WITH
   MOST ITEMS MISSING OR VERY SMALL PORTIONS. NOTHING
   WAS DONE FOR SEVERAL WEEKS. I SPOKE TO SETH HUGHES
   ABOUT THIS SEVERAL TIMES AND FILED GRIEVANCES BUT
   HE DID NOTHING TO CHANGE WHAT WAS HAPPENING.
   THERE WAS INADEQUATE NUTRITION THROUGH THE LACK OF CALORIES
   CAUSED BY MISSING FOOD. CALORIES WERE ONLY 500-1000 CALORIES
   PER DAY.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   I LOST 21 POUNDS IN 14 DAYS, HUNGER PAINS,
   LOSS OF SLEEP, MENTAL ANGUISH, WEAKNESS, FATIGUE,
   MUSCLE ATROPHY.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals)
      available at your institution?                                    ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II?    ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly
      explain why you did not. _____
      _____

---

**CIVIL RIGHTS COMPLAINT**

## COUNT III

1.  The following constitutional or other federal right has been violated by the Defendant(s): _____
    _____
    _____

2.  Count III involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated
    in a different count)          ☐ Medical care          ☐ Access to the court   ☐ Mail
    ☐ Disciplinary proceedings      ☐ Retaliation           ☐ Exercise of religion  ☐ Property
    ☐ Excessive force by an officer  ☐ Threat to safety      ☐ Other: _____

3.  **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe
    exactly what each Defendant did or did not do to violate your rights. State the facts clearly in
    your own words without citing legal authority or arguments).
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
    _____
    _____
    _____

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals)
        available at your institution?                                          ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Count III?         ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?  ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief to the highest level, briefly
        explain why you did not. _____
        _____

**(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)**

## D. REQUEST FOR RELIEF

State briefly what you want the Court to do for you.

$50,000 IN COMPENSRY DAMAGES FOR NOT BEING ABLE TO WORK A PREMIUM JOB, $100,000 IN PUNITIVE DAMAGES, TERMINATION OF EMPLOYEES, A PUBLIC APOLOGY, FOR THE NUTRITION SITUATION INJUNCTIVE AND DECLARATORY RELIEF, JOB MAKING AT LEAST MINIMUM WAGE AS I COULD VE HAD FOR THE LAST THREE YEARS IF NOT FOR THE RETALIATION

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _MAY 31, 2022_
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title or paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach additional pages. The form, however, must be completely filled in to the extent applicable.

MARK CHRISTIANS # 35285
**DEPARTMENT OF CORRECTIONS**
**STATE PENITENTIARY**
**P.O. Box 5911**
**Sioux Falls, SD 57117-5911**
*Address Service Requested*

NEOPOST                    FIRST-CLASS MAIL
06/02/2022
US POSTAGE $001.56⁰

ZIP 57104
041M11461503

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE. Room #128
SIOUX FALLS, SD 57104

