UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

MARK CHRISTIANS,
          Plaintiff/Petitioner,

vs

 NANCY CHRISTENSEN, Retired Unit
Manager at Mike Durfee State Prison,
Individual and Official Capacity; LAURIE
STRATMAN, Unit Coordinator at Mike Durfee
State Prison, Individual and Official Capacity;
DARIN YOUNG, Terminated Warden at
SDSP, Individual Capacity; JESSICA COOK,
Associate Warden at SDSP, Individual and
Official Capacity; DEREK EKEREN, Unit
Manager at Jameson, Individual and Official
Capacity; JENNIFER DRIESKE, Terminated
Deputy Warden at SDSP, Individual Capacity;
SETH HUGHES, Unit Manager at Jameson,
Individual and Official Capacity; CATHY
WYNIA, Special Security at SDSP,
Individual and Official Capacity, DAN
SULLIVAN, Official Capacity,
          Defendants/Respondents.

CIV. 4:22-cv-04072-LLP

**NOTICE OF APPEAL**

Notice is hereby given that Mark Christians, Plaintiff/Petitioner above named, hereby

appeals to the United States Court of Appeals for the Eighth Circuit from the Memorandum

Opinion and Order Granting Defendants' Motion for Summary Judgment and Ruling on

Plaintiff's Miscellaneous Motions (Doc. 105) entered in this action on the 27th day of March,

2025

It should be noted that Plaintiff, pro se, Mark Christians has not received an order of final

judgment and if this is needed before the appeal he would respectfully request this be held in

abeyance of the proceedings and acceptance of this Notice of Appeal for proper filing until such

judgment is entered by the District Court. In the alternative Plaintiff would request an immediate final judgment order by the Court for this appeal to proceed in an astute fashion.

Dated this 2nd day of April, 2025.

Mark A. Christians
Mike Durfee State Prison
1412 Wood Street
Springfield, SD 57062

2

MARK CHRISTIANS #35285
M.D.S.P.
1412 WOOD STREET
SPRINGFIELD, SD 57062



quadient

FIRST-CLASS MAIL
IMI
$000.97⁰
04/07/2025 ZIP 57062
043M30214236

US POSTAGE

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE., ROOM 128
SIOUX FALLS, SD 57104

LEGAL
MAIL

571048651 C033

